JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

4/21/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATAGONIA, INC. | Case No. 2:19-cv-07666-JAK-AFMx |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |
| KIMBERLY McHUGH d/b/a OUR LITTLE CORNER, | |
| Defendant. | |

1  A. By her default, Defendant has admitted all facts pled in Plaintiff's Complaint, including but not limited to acting knowingly, willfully, and in reckless disregard of Patagonia's rights, and in bad faith.

B. Defendant's use of the PATAGONIA trademark and the Fitz Roy Skyline Logo depicted below (the "Unauthorized Marks") without Patagonia's permission in connection with products offered through retail channels not authorized by Patagonia (the "Unauthorized Activities") violates Patagonia's rights in the PATAGONIA trademark and Fitz Roy Skyline Logo and constitutes statutory and common-law trademark infringement, federal and state unfair competition, false designation of origin, and passing off.

| Trademark | Registration Number / Registration Date | Goods |
|---|---|---|
| PATAGONIA | 1189402 02/09/1982 | Men's and women's clothing – namely, sweaters, rugby shirts, walking shorts, trousers, jackets, mittens, hoods, and rainwear. |
| patagonia | 1294523 09/11/1984 | Men's, women's, and children's clothing – namely, jackets, pants, vests, gloves, pullovers, cardigans, socks, sweaters, underwear, shirts, shorts, skirts, and belts in Class 25. |
| [Fitz Roy Skyline Logo] | 1547469 07/11/1989 | Men's, women's, and children's clothing – namely, jackets, pants, shirts, sweaters, vests, skirts, underwear tops and bottoms, socks, gloves, mittens, hats, face masks, balaclava, gaiters, and belts. |

1

| | | | |
|---|---|---|---|
| | patagonia (logo) | 1775623 06/08/1993 | Luggage, back packs, and all-purpose sports bags in Class 18. |
| | PATAGONIA | 1811334 12/14/1993 | Luggage, back packs, fanny packs, and all-purpose sport bags, footwear, ski bags, and ski gloves. |
| | PATAGONIA | 2260188 07/13/1999 | Computerized online ordering activities in the field of clothing and accessories; providing information in the field of technical clothing and accessories for use in recreational, sporting, and leisure activities; providing information in the field of existing and evolving environmental issues. |
| | PATAGONIA.COM | 2392685 10/10/2000 | Online retail store and mail order services featuring technical clothing, footwear, and accessories; computer services in the nature of online information related to the environment and clothing. |
| | PATAGONIA | 2262619 12/17/2002 | Retail store services featuring clothing, footwear, luggage, and a wide variety of sporting goods and accessories. |
| | PATAGONIA | 61338 (California) 04/08/1980 | Men's and women's clothing, namely sweaters, rugby shirts, walking shorts, trousers, jackets, mittens, hoods, and rainwear. |
| | patagonia (logo) | 0169639 (California) 05/23/1983 | Men's, women's, and children's clothing. |

C. Defendant's use of the Unauthorized Marks in connection with the Unauthorized Activities violates Patagonia's rights in the PATAGONIA trademark and Fitz Roy Skyline Logo and constitutes trademark dilution.

D. Defendant's use of the Fitz Roy Skyline Logo and product photographs depicted below (the "Unauthorized Images") in connection with the Unauthorized Activities violates Patagonia's rights in its copyrighted works and constitutes copyright infringement.

E. Defendant—by purchasing PATAGONIA products for resale through unauthorized retail channels—interferes with and persuades authorized dealers to breach the terms of their agreements with Patagonia. Defendant has done so despite notices from Patagonia informing her (1) of Patagonia's dealer contracts and (2) that Defendant's sales cause authorized dealers to breach those contracts. Such actions constitute intentional interference with contractual relations.

F. Defendant must immediately cease and permanently refrain from using the Unauthorized Marks and/or the Unauthorized Images in connection with the Unauthorized Activities.

G. Defendant has infringed eleven of Patagonia's copyrighted works, and must pay Patagonia statutory damages in the amount of $10,000 per work infringed, for a total of $110,000. Defendant must also pay Patagonia post-judgment interest pursuant to 28 U.S.C. § 1961(a).

| U.S. Copyright Registration No. | Copyrighted Work |
|---|---|
| VA 1-801-788 | ![patagonia logo] |

3

| U.S. Copyright Registration No. | Copyrighted Work |
|---|---|
| | |
| VA 2-126-083 (group registration) | |
| VA 2-126-079 (group registration) | |
| VA 2-126-012 (group registration) | |
| VA 2-126-082 (group registration) | |
| VA 2-126-083 (group registration) | |
| VA 2-126-080 (group registration) | |

4

| U.S. Copyright Registration No. | Copyrighted Work |
|---|---|
| VA 2-126-079 (group registration) | |
| VA 2-126-012 (group registration) | |
| VA 2-126-012 (group registration) | |
| VA 2-126-081 (group registration) | |

H. Defendant must pay Patagonia attorneys' fees in the amount of $5800 pursuant to the schedule set forth in Local Rule 55-3.

I. Until Patagonia has recovered full payment of monies owed to it by Defendant, Patagonia shall have ongoing authority to serve this Judgment on any banks, savings and loan institutions, or other financial institutions including, without limitation, Amazon.com and its related entities/affiliates (collectively, the "Financial Services Providers"). Upon receipt of this Judgment, the Financial Service Providers shall immediately locate and restrain any accounts connected to Defendant, and any funds in such accounts shall be transferred to Patagonia within ten (10) days of receipt of this Judgment.

5

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** Defendant and all persons in active concert or participation with her are permanently enjoined from:

1. Using the Unauthorized Marks in any form, including with any other wording or designs, in connection with the Disputed Products, and from using any other marks, logos, designs, designations, or indicators that are confusingly similar to or dilutive of Patagonia's PATAGONIA trademark and/or Fitz Roy Skyline Logo.

2. Using the Unauthorized Images in any form, and from using any other logos, designs, or images that are substantially similar to Patagonia's Fitz Roy Skyline Logo and/or product photographs.

3. Representing by any means whatsoever, directly or indirectly, that Defendant, any products or services offered by Defendant, or any activities undertaken by Defendant, are associated or connected in any way with Patagonia or sponsored by or affiliated with Patagonia in any way.

4. Inducing Patagonia's authorized dealers to breach the terms of their dealer agreements with Patagonia, including but not limited to by purchasing PATAGONIA products for resale through unauthorized retail channels such as Amazon.com.

5. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (1) through (4) above.

Judgment is hereby entered against Defendant Kimberly McHugh, d/b/a Our Little Corner on Counts 1 through 6 of the Complaint.

**IT IS SO ORDERED.**

Dated: April 21, 2020

_____
John A. Kronstadt
United States District Judge